## PHILIP SMITH v. MOLTON RICHARDS et al.

Court of Chancery. Sussex. March 12, 1823.

*Ridgely's Notebook IV, 169.*

## JOHN ROBINSON v. EDWARD ROSS and SAMUEL CADE.

Court of Chancery. Sussex. March 13, 1823.

*Ridgely's Notebook IV, 174.*

[For this case, see 1 Del.Ch. 253.]

## ANN CLARK and ELIZABETH CLARK, Administrators d. b. n. of John Clark, v. MATTHEW KEAN and JOHN STOCKTON, Surviving Administrators of Thomas Kean, and GEORGE READ, Esq.

Court of Chancery. New Castle. April 12, 1823.

*Ridgely's Notebook IV, 188.*

## DAVID PEACOCK v. DAVID DICKINSON.

Court of Chancery. New Castle. April 19, 1823.

*Ridgely's Notebook IV, 204.*